# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2023 ND 199

In the Interest of E.E.J.-C., a child

L.J.J.,                                                     Petitioner and Appellant

  v.

D.D.C., mother,                                   Respondent and Appellee

  and

E.E.J.-C., child; and B.D.Q.,

father,                                                                    Respondents

### No. 20230091

Appeal from the Juvenile Court of Cass County, East Central Judicial District, the Honorable Daniel E. Gast, Judicial Referee.

AFFIRMED.

Per Curiam.

Erica L. Chisholm, Wahpeton, ND, for petitioner and appellant; submitted on brief.

Kyle R. Craig, Minot, ND, for respondent and appellee; submitted on brief.

**Interest of E.E.J.-C.**
**No. 20230091**

**Per Curiam.**

[¶1]  L.J.J. appeals from a juvenile court order denying her petition for guardianship of E.E.J.C., a child. L.J.J. argues the court erred in finding the child was not in need of protection. After reviewing the record, the court's findings are supported by clear and convincing evidence and are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr